IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALEX SERNA,** | CIV S-07-2588 MCE DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **JOHN MARSHALL, et al.,** | |
| Respondents. | |

On January 8, 2008, respondent requested a forty-five day extension of time to file a response to petitioner's habeas petition. Good cause appearing, IT IS HEREBY ORDERED that respondent's response to petitioner's petition for writ of habeas corpus be filed on or before February 25, 2008.

DATED: January 10, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/sern2588.111